BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: HAIR RELAXER PRODUCTS LIABILITY LITIGATION | MDL No.: _____ |

**PLAINTIFFS' MOTION FOR TRANSFER OF ACTIONS PURSUANT TO 28 U.S.C. § 1407 FOR COORDINATED OR CONSOLIDATED PRETRIAL PROCEEDINGS**

Plaintiffs Jenny Mitchell, Rugieyatu Bhonopha, Diane Grant, and Bernadette Gordon (collectively, "Movants")[1] respectfully move the Judicial Panel on Multidistrict Litigation ("Panel"), pursuant to 28 U.S.C. § 1407 and Rule 6.2 of the Rules of Procedure of the Panel, to transfer the actions listed in the attached Schedule of Actions and all subsequent tag-along actions to the United States District Court for the Northern District of Illinois, for coordinated or consolidated proceedings before the Honorable Mary M. Rowland, who currently presides over *Gordon v. L'Oréal USA, Inc., et al.*, No. 1:22-CV-06033 (N.D. Ill.), or before the Honorable Matthew F. Kennelly, who presides over the first-filed case in this litigation (*Mitchell v. L'Oréal USA, Inc., et al.*, No. 1:22-CV-05815 (N.D. Ill.)).

Plaintiffs also contemporaneously submit their memorandum in support of this motion, incorporated herein by reference, setting forth the reasons why these cases should be transferred to the Northern District of Illinois. For the reasons therein, Movants respectfully request that the Panel transfer the scheduled actions and any additional tag-along actions to the Northern District

---

[1] Movants are the named plaintiffs in four of the first nine cases filed in this matter, which are presently pending in the United States District Courts for the Northern District of Illinois, Northern District of California, Southern District of New York, and Southern District of Georgia, respectively. *See* Schedule of Actions.

of Illinois, for coordinated or consolidated pretrial proceedings before either the Honorable Mary M. Rowland or the Honorable Matthew F. Kennelly.

Dated: November 15, 2022

Respectfully submitted,

*/s/ Diandra S. Debrosse Zimmermann*
Diandra S. Debrosse Zimmermann
Eli J. Hare
**DICELLO LEVITT LLC**
505 20th North Street, 15th Floor
Birmingham, Alabama 35203
Tel: (205) 855-5700
fu@dicellolevitt.com
ehare@dicellolevitt.com

Adam J. Levitt
Blake Stubbs
**DICELLO LEVITT LLC**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Tel: (312) 214-7900
alevitt@dicellolevitt.com
bstubbs@dicellolevitt.com

Mark A. DiCello
Mark Abramowitz
Justin J. Hawal
**DICELLO LEVITT LLC**
7556 Mentor Avenue
Mentor, Ohio 44060
Tel: (440) 953-8888
madicello@dicellolevitt.com
mabramowitz@dicellolevitt.com
jhawal@dicellolevitt.com

Bernadette Armand
Elizabeth P. White
Éviealle J. Dawkins
**DICELLO LEVITT LLC**
1101 17th Street, NW, Suite 1000
Washington, DC 20036
Tel: (202) 975-2288
barmand@dicellolevitt.com
pwhite@dicellolevitt.com
edawkins@dicellolevitt.com

Benjamin Crump
**BEN CRUMP LAW**
122 South Calhoun Street
Tallahassee, Florida 32301
Tel: (800) 691-7111
ben@bencrump.com

Nabeha Shaer
**BEN CRUMP LAW**
633 Pennsylvania Avenue, NW, Floor 2
Washington, DC 20004
Tel: (800) 959-1444
nabeha@bencrump.com

Larry Taylor
**THE COCHRAN FIRM**
1825 Market Center Boulevard, Suite 550
Houston, Texas 77054
Tel: (214) 561-4260
ltaylor@cochrantexas.com

*Counsel for Movants*