# EXHIBIT 2

# BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## MDL-___ – *In re Hair Relaxer Products Liability Litigation*

### SCHEDULE OF ACTIONS

| Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiff:** Jenny Mitchell **Defendants**: L'Oréal USA, Inc., L'Oréal USA Products, Inc., Strength of Nature Global, LLC, Soft Sheen/Carson Inc., Soft Sheen Carson (W.I.), Inc., Dabur International Ltd., Dabur USA Inc., and Namaste Laboratories, LLC | N.D. Illinois | 1:22-cv-05815 | Judge Matthew F. Kennelly |
| **Plaintiff:** Bernadette Gordon **Defendants**: L'Oréal USA, Inc., L'Oréal USA Products, Inc., Strength of Nature, LLC, Godrej Son Holdings, Inc., and Soft Sheen-Carson LLC | N.D. Illinois | 1:22-cv-06033 | Judge Mary M. Rowland |
| **Plaintiff:** Timika Smith **Defendants**: L'Oréal USA, Inc., L'Oréal USA Products, Inc., Soft Sheen-Carson LLC, Strength of Nature, LLC, Godrej Son Holdings, Inc., PDC Brands, and Parfums De Coeur, Ltd. | N.D. Illinois | 1:22-cv-6047 | Judge John J. Tharp, Jr. |
| **Plaintiff:** Diane Grant **Defendants:** L'Oréal USA, Inc., L'Oréal USA Products, Inc., Soft Sheen Carson, LLC, Godrej Son Holdings, Inc., Beauty Bell Enterprises, LLC d/b/a House of Cheatham, Inc., and House of Cheatham, LLC | N.D. Illinois | 1:22-cv-06113 | Judge Thomas M. Durkin |
| **Plaintiffs:** Evelyn L. Williams, Tabatha Taggart, Tameka M. Meadows, Deborah Taylor, and Daphne Valentine | N.D. Illinois | 1:22-cv-06110 | Judge Joan B. Gottschall |

| | | | |
|---|---|---|---|
| **Defendants:**<br>L'Oréal USA, Inc., L'Oréal USA Products, Inc., Soft Sheen-Carson, Inc., and Soft Sheen Carson (W.I.), Inc. | | | |
| **Plaintiff**:<br>Rugieyatu Bhonopha<br>**Defendants**:<br>L'Oréal USA, Inc, L'Oréal USA Products, Inc., Strength of Nature Global, LLC, Dabur International Ltd., Dabur USA Inc., and Namaste Laboratories, LLC | N.D. California | 3:22-cv-06395-LB | Magistrate Judge Laurel Beeler |
| **Plaintiff:**<br>Rhonda Terrell<br>**Defendants**:<br>L'Oréal USA, Inc., L'Oréal USA Products, Inc., Soft Sheen/Carson Inc., and Strength of Nature, LLC | S.D. New York | 1:22-cv-09008-VEC | Judge Valerie E. Caproni |
| **Plaintiff:**<br>Keaira Gamble<br>**Defendants:**<br>Strength of Natural Global, LLC, L'Oréal USA, Inc., L'Oréal USA Products, Inc., Soft Sheen/Carson Inc., Soft Sheen Carson (W.I.), Inc., and Namaste Laboratories, LLC | S.D. Georgia | 4:22-cv-256-RSB-CLR | Judge R. Stan Baker<br><br>Magistrate Judge Christopher L. Ray |
| **Plaintiff:**<br>Mahogany Lee<br>**Defendants:**<br>Strength of Natural Global, LLC, L'Oréal USA, Inc., L'Oréal USA Products, Inc., Soft Sheen/Carson Inc., Soft Sheen Carson (W.I.), Inc., Namaste Laboratories, LLC, and Godrej Consumer Products Ltd. | S.D. Georgia | 4:22-cv-00257-RSB-CLR | Judge R. Stan Baker<br><br>Magistrate Judge Christopher L. Ray |