# ATTACHMENT A

BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: Hair Relaxer Marketing, Sales Practices, and Products Liability Litigation

MDL No. 3060

## EXHIBIT A

Dennis S. Ellis and Donna M. Welch will serve as primary spokespersons for the Defendants. Lori B. Leskin appears and reserves the right to supplement their arguments on behalf of Defendants Strength of Nature, LLC; Strength of Nature Global, LLC; and Godrej SON Holdings, Inc., as well as for the following additional Defendants in this matter:

- L'Oréal USA, Inc.
- L'Oréal USA Products, Inc.
- SoftSheen-Carson (W.I.), Inc.
- SoftSheen-Carson LLC
- Namasté Laboratories, LLC
- Dabur International Limited
- Beauty Bell Enterprises, LLC d/b/a House of Cheatham, Inc.
- House of Cheatham, LLC