BEFORE THE UNITED STATES JUDICIAL
PANEL ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE: HAIR RELAXER MARKETING, SALES, PRACTICES, AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL No. 3060 |

**DEFENDANT HOUSE OF CHEATHAM, LLC'S RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR TRANSFER OF ACTIONS PURSUANT TO 28 U.S.C. § 1407 FOR COORDINATED OR CONSOLIDATED PRETRIAL PROCEEDINGS**

Defendant House of Cheatham, LLC[1] respectfully submits this response in opposition to Plaintiffs' Motion for Transfer of action pursuant to 28 U.S.C. § 1407 for coordinated or consolidated pretrial proceedings.

House of Cheatham, LLC opposes Plaintiffs' Motion for Transfer and adopts the arguments made in the responses of (1) Dabur International Limited and Namasté Laboratories, LLC ("Namasté and Dabur"); (2) L'Oréal USA, Inc., L'Oréal USA Products, Inc., SoftSheen-Carson LLC, and SoftSheen-Carson (W.I.), Inc. ("L'Oreal"); and (3) Strength of Nature, LLC; Strength of Nature Global, LLC; and Godrej SON Holdings, Inc. ("SON Entities"). House of Cheatham, LLC opposes coordinated, consolidated proceedings for those same reasons. Specifically, a single multidistrict litigation is not necessary to coordinate pretrial proceedings, and individualized issues outweigh common questions, rendering centralization inefficient and wasteful.

Should the Panel be inclined to grant Plaintiffs' Motion, House of Cheatham, LLC joins in the recommendations of Defendants Namasté and Dabur, L'Oréal, and the SON Entities that any coordinated, consolidated proceedings should be assigned to the Southern District of New York before the Honorable Valerie E. Caproni. As an alternative, House of Cheatham joins in the

---

[1] House of Cheatham, LLC expressly reserves all rights and defenses including those related to personal jurisdiction and service of process.

recommendations of Defendants Namasté and Dabur, L'Oréal, and the SON Entities that any coordinated, consolidated proceedings should be in the Northern District of Illinois before the Honorable John J. Tharp Jr.

Dated: December 7, 2022

Respectfully submitted,

*/s/ R. Trent Taylor*
R. Trent Taylor
McGuireWoods LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219
Tel:    804-775-1182
Fax:    804-225-5409
Email: rtaylor@mcguirewoods.com

**COUNSEL FOR HOUSE OF CHEATHAM, LLC**