**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE: HAIR RELAXER MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>This document relates to:<br><br>Cynthia L. Jones v.<br>L'Oreal USA, Inc., et al.,<br>3:24-cv-06845 | **MDL NO. 3060** |

**PLAINTIFFS' MOTION TO VACATE
CONDITIONAL TRANSFER ORDER NO. 16**

Pursuant to Rule 7.1(f) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation (the "Panel") and the Panel's Notice of Filed Opposition to CTO-16 and Publication of Briefing Schedule (Dkt. 233), Plaintiff, by and through her attorneys, files this Motion to Vacate Conditional Transfer Order No. 16, issued on October 4, 2024, regarding the following matter:

Cynthia L. Jones v. L'Oreal USA, Inc., et al., 3:24-cv-06845

This Motion is accompanied by Plaintiff's supporting memorandum.

DATED: October 29, 2024                **SINGLETON SCHREIBER, LLP**

By:    /s/ Christopher R. Rodriguez
CHRISTOPHER R. RODRIGUEZ

Attorneys for Plaintiff, CYNTHIA L. JONES
**SINGLETON SCHREIBER, LLP**
CHRISTOPHER R. RODRIGUEZ
   E-Mail: crodriguez@singletonschreiber.com
ANDREW D. BLUTH
   E-Mail: abluth@singletonschreiber.com
1414 K Street, Suite 470
Sacramento, California 95814
Telephone: (916) 248-8478