BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: HAIR RELAXER MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 3060 |

## CERTIFICATE OF SERVICE

In accordance with Rule of Procedure for the United States Judicial Panel on Multidistrict Litigation 4.1(a), I hereby certify that on October 28, 2024, I caused to be electronically filed the following with the Clerk of the Court using the Judicial Panel on Multidistrict Litigation's CM/ECF system, and that the participants in the case that are registered CM/ECF users will be served electronically by the CM/ECF system:

1. **PLAINTIFFS' MOTION TO VACATE CONDITIONAL TRANSFER ORDER NO. 16**

2. **MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION TO VACATE CONDITIONAL TRANSFER ORDER NO. 16**

**[Jones v. L'Oreal USA, Inc. et al., CAN/3:24-cv-06845]**

I further certify that a copy of the above-referenced document was mailed via U.S. Mail to the parties listed below:

Safeway, Inc.
CT Corporation
c/o Amanda Garcia
330 N. Brand Blvd.
Glendale, CA 91203

Strength of Nature, LLC
c/o Registered Agent Karan Sood
64 Ross Road
Savannah, GA 31405

The Vons Corporation, Inc.
CT Corporation System
c/o Amanda Garcia
330 N. Brand Blvd.
Glendale, CA 91203

1

DATED: October 29, 2024        **SINGLETON SCHREIBER, LLP**

By: /s/ Christopher R. Rodriguez
CHRISTOPHER R. RODRIGUEZ

Attorneys for Plaintiff, CYNTHIA L. JONES
**SINGLETON SCHREIBER, LLP**
CHRISTOPHER R. RODRIGUEZ
 E-Mail: crodriguez@singletonschreiber.com
ANDREW D. BLUTH
 E-Mail: abluth@singletonschreiber.com
DANIELLE WARD MASON
 E-Mail: dmason@singletonschreiber.com
1414 K Street, Suite 470
Sacramento, California 95814
Telephone: (916) 248-8478
Facsimile: (619) 255-1515

2