UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: HAIR RELAXER MARKETING, SALES
PRACTICES, AND PRODUCTS LIABILITY
LITIGATION
    Jones v. L'Oreal USA, Inc. et al.,
        N.D. California, C.A. No. 3:24−06845        MDL No. 3060

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in the above listed action on October 4, 2024. Prior to expiration of that order's 7-day stay of transmittal, plaintiff filed a notice of opposition to the proposed transfer order. The Panel has been informed that the action was remanded to the Superior Court for the County of Alameda, California by the Honorable Susan Illston in an order filed on December 6, 2024.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-16" filed on October 4, 2024, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Marcella R. Lockert
Acting Clerk of the Panel